

# Fourth Court of Appeals
## San Antonio, Texas

April 9, 2020

No. 04-20-00171-CV

**IN RE** Eugenio **VILLARREAL,**

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2016CVT000921-D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

## O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
           Rebeca C. Martinez, Justice
           Liza A. Rodriguez, Justice

The Real Party in Interest's Unopposed Motion for Extension of Time to File Response is GRANTED. The response is due April 24, 2020.

It is so **ORDERED** on April 9, 2020.

**PER CURIAM**

ATTESTED TO: _____
Michael A. Cruz
Clerk of Court